# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

DAVID COGGSHALL,

    Plaintiff,

v.                                             Case No: 5:25-cv-197-JSM-PRL

EQUIFAX INFORMATION SERVICES, LLC,

    Defendant.
_____

## ORDER

The Court has been advised via a Notice of Settlement with Defendant (Dkt. 13) that the parties have reached a settlement in this case. Accordingly, pursuant to Local Rule 3.09(b), it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 4th day of April, 2025.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record